**Opinion issued February 27, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00117-CV

———————————

## IN RE GAVIN WILBUR WEST, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Gavin Wilbur West, acting pro se, has filed a petition for writ of mandamus, complaining that the trial court has abused its discretion in refusing to rule on his motion to dismiss real party in interest's application for a family-violence protective order.[1]  Relator also seeks sanctions.

---

[1]     The underlying case is *Amy Michelle Paul v. Gavin Wilbur West*, cause number 25-DCV-324874, pending in the 328th District Court of Fort Bend County, Texas, the Honorable Monica Rawlins presiding.

Although relator has not included the required identity of parties, *see* TEX. R. APP. P. 52.3(a), his petition indicates that his complaints concern the lack of action by the Honorable Felishia Young, Associate Judge of the 328th District Court. Although relator mentions the Honorable Monica Rawlins, the Presiding Judge of the 328th District Court,[2] he presents no argument seeking relief concerning any actions by Judge Rawlins. The appellate court lacks mandamus jurisdiction over an associate judge. *See* TEX. GOV'T CODE § 22.221(b).

Accordingly, we dismiss the petition for lack of jurisdiction. *See* TEX. R. APP. P. 52.8. Because this Court lacks jurisdiction, we need not reach any other issues raised in the petition. Any pending motions are likewise dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[2] Relator states: "Judge Rowlings [sic] handling of the De Novo, has been equally inappropriate, but was likely caused by Judge Young's failure to record her rulings/decisions, refusal to hear Motions, and refusal to set Hearings, thus creating of a "legal limbo" designed to punish the Respondent."